The order below is hereby signed.

Signed: October 20 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

**In re:**

    Brianna Michelle Agogho,

        **Debtor.**

Case No. 25-00462-ELG

Chapter 11

## ORDER DISMISSING CASE

On October 8, 2025, the Court entered an *Order Denying Application for Individuals to Pay Filing Fee in Installments* (the "Order") (ECF No. 6). The Order stipulated that within three (3) days of its entry, the Debtor had to either (1) pay the filing fee or (2) timely file a response. On October 16, 2025, the Debtor submitted an ACH payment returned as "No Account/Unable to Locate," and the filing fee remains outstanding.

Accordingly, it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** that:

1)    The case is **DISMISSED** without prejudice.

2)    Pursuant to Local Bankruptcy Rule 1006-1(c)(3), the Debtor remains liable for the filing fee in this case. If the Debtor remains liable for the unpaid fee in this case at the time of filing a future case, any request to pay the applicable filing fee in installments or an application for wavier of a filing fee will not be granted absent a hearing and a showing of exceptional circumstances.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated.

[Signed and dated above.]

Copies to: Debtor; all parties in interest.