The order below is hereby signed.

Signed: November 7 2025



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

    **Brianna Michelle Agogho,**

        **Debtor.**

Case No. 25-00462-ELG

Chapter 11

## ORDER GRANTING FOR RELIEF FROM DISMISSAL ORDER

The Court has before it the *Motion for Relief from Dismissal Order* (the "Motion") (ECF No. 26), wherein Brianna Michelle Agogho (the "Debtor") requests that the Court reconsider its *Order Dismissing Case* (ECF No. 17) (the "Dismissal Order"). Upon consideration of the Motion, the Court finds that the Debtor has paid her filing fee and that it is in the best interests of the Debtor and parties in interest to vacate the Dismissal Order.

Therefore, it is **ADJUDGED, ORDERED, and DECREED** that:

1.     The Motion (ECF No. 26) is **GRANTED**.

2.     The Dismissal Order (ECF No. 3817 is hereby **VACATED**.

3.     On or before **November 21, 2025**, the Debtor shall file a Summary of Assets and Liabilities for Individuals (Official Form 106Sum) and her Declaration About an Individual Debtor's Schedules (Official Form 106Dec), or her case shall be dismissed without further notice or hearing.

4.     The Debtor must attend a status hearing to be held in this case on **December 17,**

**2025**, at **10:00 A.M**, in Courtroom I at 333 Constitution Avenue NW, Washington, D.C. 20001.

     5.     The Debtor shall serve all creditors and parties in interest with a copy of this Order within five (5) business days of entry of this Order.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.