**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 25-00462-ELG |
| BRIANNA MICHELLE AGOGHO | |
| *Aka* BRIANNA MICHELLE MEADOWS | Chapter 11 |
|     Debtor | |
| _____ | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-QS15 C/O PHH MORTGAGE CORPORATION, Movant, | |
| v. | |
| BRIANNA MICHELLE AGOGHO | |
| *Aka* BRIANNA MICHELLE MEADOWS, | |
| Debtor/Respondent, | |
| and | |
| JAVIER FIGUEROA DIAZ, | |
| KELLY WEST RAY, | |
| ADRIAN VALDIVIA, Co-Respondents. | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(REAL PROPERTY LOCATED AT 3145 17TH STREET NW, WASHINGTON, DC 20010)**

      Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS15 c/o PHH Mortgage Corporation ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, with respect to certain real property of the Debtor having an address of 3145 17th Street NW, Washington, District of Columbia 20010 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

      1.    A petition under Chapter 11 of the United States Bankruptcy Code was filed with respect to the Debtor on October 8, 2025.

      2.    The Borrower, Kelly West Ray, has executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $880,000.00 (the "Note"). A copy of the Note is attached hereto.

      3.    Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor, Brianna Meadows, and Obligors, Kelly West Ray, Javier Figueroa Diaz, and Adrian Valdivia, under and with respect to the Note and the Deed of

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

BWW#:DC-188999

Trust are secured by the Property.  A copy of the recorded Deed of Trust is attached hereto.

4. As of December 9, 2025, the estimated outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $879,980.00 |
| Unpaid Accrued Interest | $652,342.44 |
| NSF Fees | $80.00 |
| Uncollected Late Charges | $3,151.60 |
| Mortgage Insurance Premium | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $143,559.07 |
| Interest on Advance | $0.00 |
| Other Fees | $42.00 |
| Other Costs | $29,371.56 |
| Less Partial Payments | $0.00 |
| Minimum Outstanding Obligations | $1,708,526.67 |

5. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor as of December 9, 2025.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 15 | 09/01/2013 | 11/01/2014 | $4,894.38 | $73,415.70 |
| 11 | 12/01/2014 | 10/01/2015 | $4,969.43 | $54,663.73 |
| 1 | 11/01/2015 | 11/01/2015 | $6,873.98 | $6,873.98 |
| 6 | 12/01/2015 | 05/01/2016 | $6,945.61 | $41,673.66 |
| 12 | 06/01/2016 | 05/01/2017 | $6,946.76 | $83,361.12 |
| 2 | 06/01/2017 | 07/01/2017 | $7,164.93 | $14,329.86 |
| 19 | 08/01/2017 | 02/01/2019 | $7,077.29 | $134,468.51 |
| 7 | 03/01/2019 | 09/01/2019 | $7,446.22 | $52,123.54 |
| 5 | 10/01/2019 | 02/01/2020 | $7,492.69 | $37,463.45 |
| 12 | 03/01/2020 | 02/01/2021 | $7,481.44 | $89,777.28 |
| 12 | 03/01/2021 | 02/01/2022 | $7,544.97 | $90,539.64 |
| 12 | 03/01/2022 | 02/01/2023 | $7,569.67 | $90,836.04 |
| 3 | 03/01/2023 | 05/01/2023 | $7,575.11 | $22,725.33 |
| 12 | 06/01/2023 | 05/01/2024 | $7,677.69 | $92,132.28 |
| 12 | 06/01/2024 | 05/01/2025 | $7,931.69 | $95,180.28 |

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

*BWW#:DC-188999*

| | | | | |
|---|---|---|---|---|
| 5 | 06/01/2025 | 10/01/2025 | $7,655.36 | $38,276.80 |
| 2 | 11/01/2025 | 12/01/2025 | $7,632.77 | $15,265.54 |
| | | Less partial payments (suspense balance): | | $0.00 |

**Total Payments:** **$1,033,106.74**

6.  The estimated market value of the Property is $1,200,000.00. The basis for such valuation is the Debtor`s Schedules.

7.  Cause exists for relief from the automatic stay for the following reasons:

(a)  Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion.

(b)  Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1.  Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.  That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3.  For such other relief as the Court deems proper.

Respectfully Submitted,

Dated:  __12/31/2025__

*/s/ Gregory C. Mullen*
Gregory Mullen, Esq., Bar No. MD0020
BWW Law Group, LLC
6001 Executive Blvd, Suite 200
Rockville, MD  20852
301-961-6555; 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

*BWW#:DC-188999*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of December, 2025, a copy of the foregoing Motion for Relief from Automatic Stay, was mailed by first class mail, postage prepaid, to the following persons:

Kristen S. Eustis, Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Javier Figueroa Diaz
1919 Swanson Drive 1
Charlottesville, VA 22901

Brianna Michelle Agogho
aka Brianna Michelle Meadows
3145 17th St NW
Washington, DC 20010

Kelly West Ray
104B Sunset Avenue
Charlottesville, VA 22903

Adrian Valdivia
532 Oneida Place NW
Washington, DC 20011

      */s/ Gregory C. Mullen*
Gregory Mullen, Esq.
DC Fed. Bar No. MD0020
BWW Law Group, LLC
6001 Executive Blvd, Suite 200
Rockville, MD  20852
301-961-6555; 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

*BWW#:DC-188999*