UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA
In re:
Debtor Brianna Agogho
Case No. 25-00462
Chapter 11



OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY LOCATED AT 3145 17TH STREET NW WASHINGTON, DC 20010)

The Debtor, Brianna Agogho, submits this Objection to the Motion for Relief from Stay filed by Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS15 c/o PHH Mortgage Corporation (Movant). The Motion should be denied due to the property having equity, harming the debtor's reorganization, and undue prejudice to the debtor.

1. **Equity in Real Property**
   The debtor does have equity in the property, and it is necessary to an effective reorganization. The Motion claims that the property lacks equity using two different secured debt estimates. The home estimated value is 1.4 million dollars. The disputed debt estimate submitted by the Movant is 1.03 million dollars. The monthly payment amount presented are different than those submitted on annual tax forms by the Movant of $4800. Movant has Insufficient Grounds Under Section 362(d) to request relief.

2. **Preserving the Stay is Necessary to Enable the Debtor's Reorganization**
   The property is a central part of the debtor's reorganization. The debtor's main business centers around the property. The automatic stay is necessary to give the debtor time to reorganize and create a plan.

3. **Harm to the Debtor Would Outweigh the Benefits to the Creditor Seeking Relief**
   Granting a creditor's motion would result in undue prejudice and valid interest in granting relief is outweighed by the potential harm to the debtor. The debtor is disputing the debt and lifting the stay would harm the debtors challenge the underlying debt amount.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2026, a copy of the foregoing Opposition of Motion for Relief from Automatic Stay, was emailed and mailed by first class mail, postage prepaid, to the following:

Gregory Mullen Esq.
BWW Law Group, LLC
6001 Executive Blvd. Suite 200
Rockville, MD 20852
bankruptcy@bww-law.com


*/s/ Brianna Agogho*

Brianna Agogho

3145 17th St NW

Washington, DC 20010

202-709-9144

Bmm1914@gmail.com



- **Off market**

### Zestimate®

# $1,410,200

🛏 **5 beds**  🛁 **3 baths**  📐 **2,607 sqft**

3145 17th St NW, Washington, DC 20010

**Est. refi payment:** $8,158/mo   Ⓢ **Refinance your loan**

 Condo

 Built in 1911

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. PHH MORTGAGE CORPORATION 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409 PHONE NO. 1-888-820-6474 | Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | ☐ CORRECTED (if checked) Substitute Form **1098** For Calendar Year **2023** OMB No. 1545-1380 | Mortgage Interest Statement |
|---|---|---|---|
| | **1** Mortgage interest received from payer(s)/borrower(s)* $ 0.00 | | Copy B For Payer/ Borrower |
| RECIPIENT'S/LENDER'S TIN 22-21###### | **2** Outstanding mortgage principal $ 879,980.00 | **3** Mortgage origination date 09/15/2005 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| PAYER'S/BORROWER'S name, street address (including apt. no.) city or town, state or province, country, and ZIP or foreign postal code KELLY WEST RAY N W 3145 17TH ST WASHINGTON DC 20010 NZ | **4** Refund of overpaid interest $ 0.00 | **5** Mortgage insurance premiums $ 0.00 | |
| | **6** Points paid on purchase of principal residence $ 0.00 | | |
| | **7** ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | |
| | **8** Address or description of property securing mortgage 3145 17TH ST NW WASHINGTON DC 20010-2697 | | |
| **9** Number of properties securing the mortgage | **10** Other   Real Estate Taxes Paid $10,363.54 | | **11** Mortgage acquisition date |
| Account number (see instructions) 80###### | PAYER'S/BORROWER'S TIN | | |

Form **1098**         (Keep for your records)

## Annual Statement of Account

**2023 Year End Escrow Account Information**

$97,058.94 -   BEGINNING BALANCE
$14,931.51 -   - DISBURSEMENTS
$111,990.45-   ENDING BALANCE

**2023 Year End Unpaid Principal Balance**

$879,980.00   BEGINNING BALANCE
     0.00     PRINCIPAL APPLIED
$879,980.00   ENDING BALANCE

**2023 Year End Interest Paid**

*See Box 1 of Mortgage Interest Statement

**Current Payment Information**

$4,894.38   TOTAL CURRENT PAYMENT
$494.48     ESCROW PORTION OF PMT

PROPERTY ADDRESS
3145 17TH ST NW
WASHINGTON DC 20010-2697

This material is not intended to provide, and should not be relied on for tax, legal, or accounting advice. The amount shown may not be fully deductible by you on your Income tax return. You should consult your own tax, legal, and accounting advisors.

The dollar amount located in Box 10 is the tax amount PHH paid on your behalf as billed to us by your local taxing authority and may include items other than "Real Estate Taxes". Please consult with a tax advisor on the deductibility, as we do not report this amount to the IRS and is informational only.

Box 2 Outstanding mortgage principal shows the mortgage principal on the mortgage as of January 1 of the calendar year. If the mortgage originated in the calendar year, shows the mortgage principal as of the date of originations. If the recipient/lender acquired the loan in the calendar year, shows the mortgage principal as of the date of the acquisition.

### Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount each borrower paid and points paid by the seller that represent each borrower's share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Schedule A, C, or E (Form 1040) for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances.

 If you prepaid interest in the calendar year that accrued in full by January 15, of the subsequent year, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in the calendar year paid even though it may be included in box 1.

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1 of the calendar year. If the mortgage originated in the calendar year, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in the calendar year, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your calendar year Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the calendar year Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** Shows the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in the calendar year, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

**Free File.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.